AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**PNC MORTGAGE,**

      **Appellant,**

**JUDGMENT IN A CIVIL CASE**

vs.

**SUSAN RHIEL, TRUSTEE,**

**CASE NO. C2-10-578**
**CASE NO. C2-10-579**
**JUDGE EDMUND A. SARGUS, JR.**

      **Appellee.**

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

      **Pursuant to the Opinion and Order filed March 18, 2011, JUDGMENT is hereby entered DISMISSING this case.**

Date: March 18, 2011                        JAMES BONINI, CLERK

                                                     */S/ Andy F. Quisumbing*
                                                     (By) Andy F. Quisumbing
                                                     Courtroom Deputy Clerk